[No. 63337-6-I. Division One. March 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA JOSLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05793-3, Jim Rogers, J., entered March 18, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[No. 65092-1-I. Division One. March 19, 2012.]

ENOS DON FERGUSON, *Appellant*, v. KING COUNTY ET AL., *Defendants*, THYSSENKRUPP SAFWAY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-08300-4, Ronald L. Castleberry, J., entered February 25, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, J.; Dwyer, C.J., dissenting.

[No. 65176-5-I. Division One. March 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVON DASHAUN PITCHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14478-6, Bruce E. Heller, J., entered April 5, 2010. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, J.; Dwyer, C.J., concurring in part and dissenting in part.

[No. 65575-2-I. Division One. March 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY JAMIS LAKILADO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11185-5, Bruce E. Heller, J., entered May 24, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J.